```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

LAVON YOUNG,                    :
                                :
    Plaintiff,                  :        NO: 3:10CV1308(RNC)
                                :
v.                              :
                                :
HAMDEN POLICE DEPARTMENT,       :
OFFICER ONOFRIO and             :
OFFICER RYAN,                   :
                                :
    Defendants.                 :

## SCHEDULING ORDER

The plaintiff brings this civil rights action against the Hamden Police Department and police officers Onofrio and Ryan. The following dates are hereby adopted as reasonable and appropriate to serve the purposes of Fed. R. Civ. P. 1:

**1.  MOTION TO DISMISS**: Defendant(s) shall file any motion to dismiss for failure to state a claim under Fed. R. Civ. P. 12(b)(6), or motion to dismiss as frivolous under Title 28 U.S.C. Section 1915(e), or answer, or other responsive pleading **by January 4, 2011.**

If defendants file a motion to dismiss, the plaintiff shall have 21 days to file a response.

**2.  SETTLEMENT CONFERENCE**: Either party may file a motion seeking a settlement conference at any time.

**3.  DISCOVERY**: All discovery shall be completed by **June 2, 2011.**

All discovery requests must comply with Federal Rules of Civil Procedure 26 through 37. The parties should not file copies of discovery requests with the Court, but should keep a copy for their records.

**4. MOTION TO COMPEL:** Any motion for an order compelling compliance with a discovery request must be filed **within 30 days after the date on which the response was due.** Failure to comply with this 30 day deadline might constitute a waiver of the right to file a motion to compel.

**5. SUMMARY JUDGMENT:** Any motion for summary judgment shall be filed **by July 5, 2011.**

6. **FIRM DEADLINES:** All deadlines in this order are firm. Extensions will only be granted for good cause and the Court expects both parties to make every effort to comply with the deadlines set forth above.

SO ORDERED at Hartford, Connecticut this 7th day of December, 2010.

/s/
Donna F. Martinez
United States Magistrate Judge