```
                         UNITED STATES DISTRICT COURT
                            DISTRICT OF CONNECTICUT


LAVON YOUNG,                         :
                                     :
     Plaintiff,                      :         NO: 3:10CV1308(RNC)
                                     :
v.                                   :
                                     :
HAMDEN POLICE DEPARTMENT,            :
OFFICER ONOFRIO and                  :
OFFICER RYAN,                        :
                                     :
     Defendants.                     :
```

ORDER AND NOTICE

On February 17, 2011, the court granted the defendants' motion for a more definite statement. The court ordered the plaintiff to file an amended complaint that included the date of the alleged incident by March 4, 2011. (Doc. #17.)

The plaintiff has not filed either an amended complaint in compliance with the court's order or a motion for an extension of time in which to file an amended complaint. All litigants, including those proceeding pro se, have an obligation to comply with court orders. Baba v. Japan Travel Bureau International, Inc., 165 F.R.D. 398, 402 (S.D.N.Y. 1996). When pro se litigants flout court orders they, like all litigants, must suffer the consequences of their actions. Id.

The plaintiff is hereby ORDERED to file an amended complaint that includes the date of the alleged incident by April 4, 2011. Failure to comply with the court's orders might result in the imposition of sanctions, including the dismissal of the complaint.

See Rule 41(b) of the Federal Rules of Civil Procedure (permitting a district court to dismiss an action "[i]f the plaintiff fails to prosecute or to comply with . . . a court order.")

The court's docket shows that the plaintiff is incarcerated at Robinson Correctional Institution in Enfield. However, the website of the Connecticut Department of Correction indicates that he is housed at Corrigan-Radgowski Correctional Center in Uncasville, Connecticut. The Clerk of the Court shall cause a copy of this order to be mailed to the plaintiff at both addresses. The plaintiff is advised that he must provide the Clerk of the Court with his current address. See Local Rule of Civil Procedure 83.1 (c) ("Any party appearing pro se must give an address within the District of Connecticut where service can be made upon him or her in the same manner as service is made on an attorney.")

SO ORDERED at Hartford, Connecticut this 17th day of March, 2010.

/s/
Donna F. Martinez
United States Magistrate Judge